**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7949**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

ANTHONY FEURTADO, a/k/a Anthony Greene, a/k/a Ginzo, a/k/a
Gap, a/k/a Pretty Tony, a/k/a Tony Feurtado, a/k/a Anthony
Lamar Brown, a/k/a Anthony Paul,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Sol Blatt, Jr., Senior District
Judge.  (3:96-cr-00325-SB-1)

_____

Submitted:  April 29, 2010          Decided:  May 3, 2010

_____

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Feurtado, Appellant Pro Se.  Mark C. Moore, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Feurtado appeals the district court's order denying his motion for sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Feurtado</u>, No. 3:96-cr-00325-SB-1 (D.S.C. Nov. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>